# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

FILED

2005 MAY -3 P 12: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOHN BOLTON

HAROLD HANCOCK ,

**Plaintiff(s),**
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Case No. 3:05CV709(CFD)

(To be supplied
by the court)

GOVERNOR JOHN ROWLAND — OFFICIAL CAPACITY

GOVERNOR M. Jodi RELL — OFFICIAL CAPACITY

ATTORNEY GENERAL RICHARD BLUMENTHAL — OFFICIAL CAPACITY

STATE FIRE ADMINISTRATOR JEFFREY MORRISSETTE— OFFICIAL CAPACITY

NORWALK DEPUTY COUNSEL — JEFFRY SPAHR — OFFICIAL CAPACITY

NORWALK MAYOR ALEX KNOPP — OFFICIAL CAPACITY

PETE BROWN — ●INDIVIDUAL CAPACITY
PLEASE SEE ATTACH PAPER FOR FULL ADDRESS

**Defendant(s).**
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. JOHN BOLTON _____ is a citizen of CONNECTICUT ____ who
(Plaintiff)                                     (State)
presently resides at 71 WOODLAND AVE BRIDGEPORT CT 06605 .
(mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: N/A .

2. Defendant GOVERNOR JOHN ROWLAND ____ is a citizen of CONNECTICUT
(name of first defendant)                              (State)

whose address is OFFICE OF THE GOVERNOR ,
STATE CAPITOL
210 CAPITOL AVENUE
HARTFORD CT 06106

The Defendant(s)

1. Governor John Rowland – 210 Capitol Avenue Hartford CT 06106 – Official Capacity
2. Governor M.Jodi Rell -210 Capitol Avenue Hartford CT 06106– Official Capacity

3. Attorney General Richard Blumethal – 110 Sherman Street Hartford CT 06105– Official Capacity

4. Office of Attorney General– 110 Sherman Street Hartford CT 06105– Official Capacity

5. Norwalk Police Chief Harry W. Rilling – 297 West Avenue Norwalk CT 06850– Official Capacity

6. Norwalk Police Department - 297 West Avenue Norwalk CT 06850– Official Capacity

7. Deputy Corporation Counsel M. Jeffry Spahr –125 East Avenue Norwalk CT 06856– Official Capacity

8. Norwalk Fire Department – 121 Connecticut Ave Norwalk CT 06854– Official Capacity

9. Norwalk Fire Chief James Verda - 121 Connecticut Ave Norwalk CT 06854– Official Capacity

10. Norwalk Fire Chief Dennis McCarthy - 121 Connecticut Ave Norwalk CT 06854– Official Capacity

11. Mayor Alex A. Knopp - 125 East Avenue Norwalk CT 06856– Official Capacity

12. Fire Commissioner Michael Corsello - 121 Connecticut Ave Norwalk CT 06854– Official Capacity

13. Fire Commissioner Larry Rossi - 121 Connecticut Ave Norwalk CT 06854– Official Capacity

14. Norwalk Fire Commission – 121 Connecticut Ave Norwalk CT 06854– Official Capacity

15. Town of Westport Fire Department – 5515 Post Road East Westport CT 06880– Official Capacity

16. Westport Fire Chief Dennis McCarthy– 5515 Post Road East Westport CT 06880– Official Capacity

17. Norwalk Police DET. Charles Chrzanowski -297 West Avenue Norwalk CT 06850– Official Capacity

18. Mayor Frank Esposito - 125 East Avenue Norwalk CT 06856– Official Capacity

19. Fire Commissioner Attorney Kent Garfunkel - 121 Connecticut Ave Norwalk CT 06854– Official Capacity

20. Fire Commissioner Thomas Flaherty - 121 Connecticut Ave Norwalk CT 06854– Official Capacity

21. State of Connecticut -210 Capitol Avenue Hartford CT 06106– Official Capacity

22. Stamford Superior Court – 123 Hoyt Street Stamford CT 06905– Official Capacity

23. Stamford Superior Court John Ryan - 123 Hoyt Street Stamford CT 06905– Official Capacity

24. Commission on Fire Prevention and Control – 34 Perimeter Road Windsor Lock CT 06096– Official Capacity

25. Connecticut Fire Academy - 34 Perimeter Road Windsor Lock CT 06096– Official Capacity

26. Connecticut State Fire Administrator Jeffrey Morrissette - 34 Perimeter Road Windsor Lock – Official Capacity CT 06096

27. Connecticut Fire Commissioner Pete Cazozza – 30 Sherman Street West Hartford CT 06110– Official Capacity

28. Connecticut Fire Commissioner James Wilkinson – 128 Seaside Avenue Milford CT 06460– Official Capacity

29. Connecticut Fire Commissioner Kevin Kowalski 46 Owens Brook Boulevard Simsbury CT – Official Capacity 06070

30. Dr. Bruce Muller – 28 Walnut Hill Bethel CT 06801– Individual Capacity

31. Municipal Police and Fire Registry - 28 Walnut Hill Bethel CT 06801

32. BellTown Volunteer Fire Department – 8 Dorien Road Stamford CT 06905– Official Capacity

33. Jim Jackson – 2 Spring Hill Ave #2 Norwalk CT 06850- Individual Capacity Individual Capacity

34. Pete Brown – 53 Crane Road Stamford CT 06902 -Individual Capacity

35. David Wanger – 29 Clinton Ave #2a Norwalk CT 06854- Individual Capacity

36. Iordanis Stefanidis – 133 Musket Ridge Road Norwalk CT- 06850 Individual Capacity

37.Craig Sruis – 49 Raymond Terrace Norwalk CT 06855- Individual Capacity

38. Greg Saracino – 4 Spinning Wheel Road Shelton CT 06484- Individual Capacity

39. Gary Pironto – 25 Linvingston Street Bridgeport CT 06605- Individual Capacity

40. John Petrides – 7 Hamilton Ave Norwalk CT 06854- Individual Capacity

41. Charles Papadopoulas – 5 Eclipse Ave Norwalk CT 06851- Individual Capacity

42. Robert Mossop – 6 Toretta Circle Norwalk CT 06855- Individual Capacity

43. Brain Kilcoyne – 206 New Canaan AVE Norwalk CT 06850- Individual Capacity

44. Kosmas Kalmanidis – 3 Sherry Street Norwalk CT 06851- Individual Capacity

45. Lou Dacunto – 13 Saddle Road Norwalk CT 06851- Individual Capacity

46. Leonard Coleman – 34 B Britton Ave Bridgeport CT 06605- Individual Capacity

47. Michael Andreoli –187 Fax Hill Road Norwalk CT 06854- Individual Capacity

48. Hope Hose Company - 121 Connecticut Ave Norwalk CT 06854- Individual Capacity

49. Michael Silva – 45 Olmstead Place East Norwalk CT 06855- Individual Capacity

50. Jamie Defelice – 105- Knox Road Stamford CT 06907- Individual Capacity

51. Danielle Fay – 19 Lake Ave Trumbull CT 06611- Individual Capacity

52. Michael Fratello – 17c Rewick Street Stamford CT 06901 - Individual Capacity

and who is employed as _GOVERNOR  OF  CONNECTICUT_.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___✓ Yes ____No. If your answer is "Yes," briefly explain:

_____ _PLEASE  SEE  ATTACH  PAPER_ _____

_____

3. Defendant _PETE BROWN_____ is a citizen of _CONNECTICUT_
(name of second defendant)　　　　　　　　　　　　　　(State)

whose address is ___ _53 CRANE ROAD_ _____

and who is employed as _NORWALK FIRE DEPARTMENT_____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___✓ Yes ____No. If your answer is "Yes," briefly explain:

_____ _PLEASE SEE ATTACH PAPER_ _____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

____✓___  42 U.S.C. § 1983 (applies to state prisoners)

____✓___  **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_FIRST AMENDMET RIGHT — CIVIL RIGHTS ACT OF 1964_
_KKK ACT OF 60 AND 70  —_

2

## **ACTING UNDER COLOR OF STATE LAW PART 1**

Were acting under color of state law Governor John Rowland , Attorney General Blumethal, Governor M.Jodi Rell , Office of Attorney General, Norwalk Police Chief Harry W. Rilling, Norwalk Police Department, Deputy Corporation Counsel M. Jeffry Spahr, Norwalk Fire Department, Norwalk Fire Chief James Verda, Norwalk Fire Chief Dennis McCarthy, Mayor Alex A. Knopp, Fire Commissioner Michael Corsello, Fire Commissioner Larry Rossi, Norwalk Fire Commission,Town of Westport Fire Department, Westport Fire Chief Dennis McCarthy, Norwalk Police DET. Charles Chrzanowski, .Mayor Frank Esposito, Fire Commissioner Attorney Kent Garfunkel,Fire Commissioner Thomas Flaherty, State of Connecticut, Stamford Superior Court , Stamford Superior Court John Ryan, Commission on Fire Prevention and Control, Connecticut Fire Academy, Connecticut State Fire Administrator Jeffrey Morrissette, Connecticut Fire Commissioner Pete Cazozza, Connecticut Fire Commissioner James Wilkinson, Connecticut Fire Commissioner Kevin Kowalski, Dr. Bruce Muller, Municipal Police and Fire Registry, BellTown Volunteer Fire Department, Jim Jackson, Pete Brown, David Wanger, Iordanis Stefanidis, Craig Saris, Greg Saracino, John Petrides , Charles Papadopoulas ,Robert Mossop, Brain Kilcoyne, Kosmas Kalmanidis, Lou Dacunto, Leonard Coleman, Michael Andreoli, Hope Hose Company, Michael Silva, Jamie Defelice, Michael Fratello they misuse of there power by abusing the City of Norwalk , Charter, State of Connecticut, Federal rules for there own benefit gain.

## **ACTING UNDER COLOR OF STATE LAW PART 2**

Were acting under color of state law Governor John Rowland , Attorney General Blumethal, Governor M.Jodi Rell , Office of Attorney General, Norwalk Police Chief Harry W. Rilling, Norwalk Police Department, Deputy Corporation Counsel M. Jeffry Spahr, Norwalk Fire Department, Norwalk Fire Chief James Verda, Norwalk Fire Chief Dennis McCarthy, Mayor Alex A. Knopp, Fire Commissioner Michael Corsello, Fire Commissioner Larry Rossi, Norwalk Fire Commission,Town of Westport Fire Department, Westport Fire Chief Dennis McCarthy, Norwalk Police DET. Charles Chrzanowski, .Mayor Frank Esposito, Fire Commissioner Attorney Kent Garfunkel,Fire Commissioner Thomas Flaherty, State of Connecticut, Stamford Superior Court , Stamford Superior Court John Ryan, Commission on Fire Prevention and Control, Connecticut Fire Academy, Connecticut State Fire Administrator Jeffrey Morrissette, Connecticut Fire Commissioner Pete Cazozza, Connecticut Fire Commissioner James Wilkinson, Connecticut Fire Commissioner Kevin Kowalski, Dr. Bruce Muller, Municipal Police and Fire Registry, BellTown Volunteer Fire Department, Jim Jackson, Pete Brown, David Wanger, Iordanis Stefanidis, Craig Saris, Greg Saracino, John Petrides , Charles Papadopoulas ,Robert Mossop, Brain Kilcoyne, Kosmas Kalmanidis, Lou Dacunto, Leonard Coleman, Michael Andreoli, Hope Hose Company, Michael Silva, Jamie Defelice, Michael Fratello they misuse of there power by abusing the City of Norwalk , Charter, State of Connecticut, Federal rules for there own benefit gain.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

*PLEASE SEE ATTACH PAPER*

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:**  *PLEASE SEE ATTACH PAPER*

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

3

**Claim II:**  *PLEASE  SEE  ATTACH  PAPER*

Supporting Facts:

**Claim III:**  *PLEASE  SEE  ATTACH  PAPER*

Supporting Facts:

4

## C. NATURE OF THE CASE AND D. CAUSE OF ACTION

1. Governor John Rowland was convicted of corruption and sentence to 1 year in jail.

2. Governor John Rowland failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally. Governor John Rowland violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation.

3. Governor M. Jodi Rell , Attorney General Richard Blumenthal was part of John Rowland administration.

4. Governor M. Jodi Rell failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally. Governor M. Jodi Rell violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving Him a fair investigation

5. Attorney General Richard Blumenthal failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally. Attorney General Richard Blumenthal violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation.

6. Attorney General Richard Blumenthal Staff failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally Attorney General Richard Blumenthal Staff violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him

7. City of Norwalk failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown, receiving there Firefighter I Certifications illegally. City of Norwalk violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation.

8. Mayor Alex A. Knopp failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown, receiving there Firefighter I Certifications illegally. Mayor Alex A. Knopp violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation

9. City of Norwalk Fire Commissioner Michael Corsello failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown,

receiving there Firefighter I Certifications illegally. City of Norwalk Fire Commissioner Michael Corsello violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation

10. City of Norwalk Fire Commissioner Larry Rossi failed to respond or investigate John Bolton claim of Hope Company members, Pete Brown, receiving there Firefighter I Certifications illegally. City of Norwalk Fire Commissioner Larry Rossi violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation

11. Attorney General Richard Blumenthal failed enforce State of Connecticut regulation and Connecticut General Statutes.

12. Attorney General Richard Blumenthal staffs failed to enforce State of Connecticut regulation and Connecticut General Statutes.

13. Governor John Rowland failed enforce State of Connecticut regulation and Connecticut General Statutes.

14. Governor M. Jodi Rell failed enforce State of Connecticut regulation and Connecticut General Statutes.

15. State of Fire Administrator Jeffrey Morrissette failed enforces State of Connecticut regulation and Connecticut General Statutes.

16. State Fire Administrator Jeffrey Morrissette failed enforces State of Connecticut regulation and Connecticut General Statutes.

17. State Fire Administrator Jeffrey Morrissette failed to investigate John Bolton claim of Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally State Fire Administrator Jeffrey Morrissette violated John Bolton Civil Rights, First Amendments Rights by not investigate this matter.

19. State Fire Administrator Jeffrey Morrissette failed to investigate John Bolton claim of Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally State Fire Administrator Jeffrey Morrissette violated John Bolton Civil Rights, First Amendments Rights to have a fair trial by not investigate this matter

20. State Administrator Jeffrey Morrissette was part of John Rowland administration.

21. State Administrator Jeffrey Morrissette violated John Bolton Civil Rights, First Amendments Rights and Freedom of speech by not letting John Bolton attend and speak at Commission on Fire Prevention and Control meetings.

22. Commission Fire Prevention and Control failed enforces State of Connecticut regulation and Connecticut General Statutes.

23. Commission on Fire Prevention and Control failed enforces State of Connecticut regulation and Connecticut General Statutes.

24. Commission on Fire Prevention and Control failed to investigate John Bolton claim of  Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally. Commission on Fire Prevention and Control violated John Bolton Civil Rights, First Amendments Rights by not investigate this matter.

25. Commission on Fire Prevention and Control failed to  investigate John Bolton claim of  Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally. Commission on Fire Prevention and Control violated John Bolton Civil Rights; First Amendments Rights to have a fair trial by not investigate this matter.

26. State Of Connecticut Fire Commissioners Pete Carozza , James Wilkinson , Kevin J. Kowalski failed enforces State of Connecticut regulation and Connecticut General Statutes.

27. State Of Connecticut Fire Commissioners Pete Carozza , James Wilkinson , Kevin J. Kowalski failed enforces State of Connecticut regulation and Connecticut General Statutes.

28. State Of Connecticut Fire Commissioners Pete Carozza , James Wilkinson , Kevin J. Kowalski failed to investigate John Bolton claim of  Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally. State Of Connecticut Fire Commissioners Pete Carozza, James Wilkinson, Kevin J. Kowalski violated John Bolton Civil Rights, First Amendments Rights by not investigate this matter.

29. State Of Connecticut Fire Commissioners Pete Carozza , James Wilkinson , Kevin J. Kowalski failed to  investigate John Bolton claim of  Hope Company members, Pete Brown, Jim Jackson receiving there Firefighter I Certifications illegally. State Of Connecticut Fire Commissioners Pete Carozza, James Wilkinson, Kevin J. Kowalski violated John Bolton Civil Rights; First Amendments Rights to have a fair trial by not investigate this matter.

30. Deputy Corporation Counsel Jeffry Spahr violated John Bolton Civil Rights and his First Amendment Rights for a fair Trial by retaliating against him for filing a lawsuit against City of Bridgeport, for filing an claim with Attorney General office about Pete Brown, Hope Hose Company members and Norwalk Deputy

Corporation Jeffry Spahr was lying to State of Connecticut Fire Academy about Hope Hose Company.

Do you think they are going to select these guys? No ...."

(Deputy Corporation Jeffry Spahr – Superior Court hearing before Honorable William Hickey, September 14, 1998)

The Comment is that if somebody sues you and you are in para -military organization, you're obviously questioning an order. The order here was a decision made by the commission that we don't want you....

(Deputy Corporation Jeffry Spahr – Superior Court hearing before Honorable William Hickey, September 14, 1998.)

There is no chance these guys are going to get hired....

(Deputy Corporation Jeffry Spahr – Deposition of plaintiff, John Bolton November 4 , 1999)

It would also allow the Plaintiffs to get on with their lives and stop perseverating over the prospect of ever serving on the Norwalk Fire Department.

(Deputy Corporation Jeffry Spahr – Letter to John Bolton Former Attony Jerry Leaphart Dated November 29. 200) The letter stated I am enclosing for you a copy of an article that appeared in The Hour recently. As you will see, Mr. Jason Penna was the subject of an article wherein he along with several other firefighters were lauded for having given of their time, money and effort for providing turkey to the needy on Thanksgiving. Please remined your client that in their quo warranto action they are seeking to take away Mr. Penna.'s Job - Deputy Corporation Jeffry Spahr

(Deputy Corporation Jeffry Spahr – Letter to John Bolton Former Attorney Jerry Leaphart) Deputy Corporation Jeffry Spahr tried to blame death of Hope Hose Company Joseph Sweeney on them.

(Deputy Corporation Jeffry Spahr – Letter to John Bolton Former Attorney Jerry Leaphart Dated April 8 , 2003) Deputy Corporation Jeffry Spahr was threatening retaliation against John Bolton, Jim Demarest, and Brad Carlson if they pursued a new trail. Which is a violation of their Civil Rights and his First Amendment Rights for a fair Trial?

(Deputy Corporation Jeffry Spahr – Letter to John Bolton Former Attorney Jerry Leaphart Dated April 8, 2003) Deputy Corporation Jeffry Spahr violated John Bolton Civil Rights and his First Amendment Rights, Free speech by barring John Bolton from talking to Norwalk Mayor Knopp , Fire Commissioner Corsello .

(Deputy Corporation Jeffry Spahr – Letter to John Bolton Dated August 26, 2003) Deputy Corporation Jeffry Spahr was threatening retaliation against John Bolton if he did not retract allegations that Deputy Corporation Jeffry Spahr who was up to no good. This is a violation of John Bolton Civil Rights and his First Amendment Rights for an investigation.

31. Deputy Corporation Jeffry Spahr violated John Bolton Civil rights and his First Amendment right having faire investigating and for trying to sabotage investigation into Hope Hose Company members receiving there Firefighter I Certification.

   A. In Deputy Corporation Jeffry Spahr – responds letter to State Fire Administrator Jeffrey Morrissette letter Dated April 19, 1999 regarding the status of Hope Hose Company. Deputy Corporation Jeffry Spahr stated in his responds letter pursuant to my understanding through Chief Verda you are correct in your understanding that the City of Norwalk has recognized in the past the Hope Hose Company as a quasi-reserve or auxiliary fire company. For the purpose of obtaining a Firefighter I certification, the City has recognized the Hope Hose Company as a fire department as defined in section 7-3231-78(q) of the Connecticut state Regulations.
   B. But on many occasion Deputy Corporation Jeffry Spahr responds to John Bolton FOI request by stating Hope Hose Company not a part of Norwalk Fire Department. Please the Following letters

      (Deputy Corporation Jeffry Spahr – FOI responds to John Bolton Dated August 14, 2003)

Regarding request No.1 (Hope Hose Volunteer Fire Company) Please be informed that the Hope Hose Company Volunteer Fire Company is not an official organization of the Norwalk Fire Department. The City of Norwalk does not keep the records of the Hope Hose Volunteer Fire Company.

(Deputy Corporation Jeffry Spahr – FOI responds to John Bolton Dated September 27, 2000)

The Norwalk Fire Department is not the repository of records for the Hope Hose Company. Therefore these applications cannot be supplied by the Norwalk Fire Department.

(Deputy Corporation Jeffry Spahr – FOI responds to John Bolton Dated December 1, 1997)

In consulting with Acting Fire Chief Verda it is my understanding that the Hope Hose Company Volunteer organization operation out of the third Taxing District in Norwalk. It is not an official City of Norwalk organization Therefore questions you may have should be directed to the Hope Hose Company.

C. In City of Norwalk Fire Chief James Verda deposition the following was said

Question to Fire Chief James Verda – Was the Hope Hose Company ever an official City of Norwalk organization, to your knowledge?

Fire Chief James Verda responds – To best of my knowledge no.

Question to Fire Chief James Verda – Norwalk Fire Department does not have a volunteer fire department known as hose?

Fire Chief James Verda responds to the best of my knowledge at this present time they are no longer active.

Deputy Corporation Jeffry Spahr violated John Bolton Civil rights and his First Amendment right to having a faire trail by refusing to give John Bolton 1997 Fire Hiring applications.

32. Mayor Frank Esposito , Fire Commissioner Attorney Kent Garfunkel , Thomas Flaherty violated John Bolton violated John Bolton Civil rights and his First Amendment right to have a fair test.

33. Mayor Frank Esposito , Fire Commissioner Attorney Kent Garfunkel , Thomas Flaherty violated John Bolton violated John Bolton Civil rights and his First Amendment right to have a fair test by not following Norwalk City Charter Section 1-337 all appointments made by the Board shall be based upon merit and fitness for the duties pertaining thereto and no political appointments.

34. Mayor Frank Esposito, Fire Commissioner Attorney Kent Garfunkel, Thomas Flaherty violated John Bolton Civil Rights and his First Amendment Rights for a fair Trial by not giving and not keeping 1997 hiring records.

35. Mayor Frank Esposito violated John Bolton Civil Rights and his First Amendment Rights for a fair Trial by lying on the stand and during his deposition that he was not relative to Jason Penna. Please see the following information.

Question to Mayor Frank Esposito – Now I'm going to ask you whether or not Mr. Penna is a relative of yours in some way or others?

Mayor Frank Esposito responds to the question was – He's not a relative of mine no.

36. Mayor Frank J. Esposito – Fire Commissioner Kenneth Garfunkel confirmed during the interview tape taken of prospective firefighter Jason V. Penna that Mayor Esposito was related to Mr. Penna by Marriage. In his sworn deposition however Mayor Esposito denied his relationship to Mr Penna.

37.Mayor Frank Esposito , Fire Commissioner Attorney Kent Garfunkel , Thomas Flaherty violated John Bolton violated John Bolton Civil rights and his First Amendment right to have a fair test by not asking each candidate the exactly same questions during the interviews process .

38. The Municipal Police & Fire Registry violated John Bolton Civil rights and his First Amendment right to have a fair test by not protecting candidates' rights by not making City of Norwalk follow the rules for exam for firefighter.

39. DR. Bruce Muller violated John Bolton Civil rights and his First Amendment right to have a fair test by not protecting candidates' rights by not making City of Norwalk follow the rules for exam for firefighter.

40. The Municipal Police & Fire Registry violated John Bolton Civil Rights and his First Amendment Rights for a fair Trial by not giving and not keeping 1997 hiring records.

41. DR. Bruce Muller violated John Bolton Civil Rights and his First Amendment Rights for a fair Trial by not giving and not keeping 1997 hiring records

42.110 candidates' took City of Norwalk Firefighter exam though Municipal Police & Fire Registry.

43. Each candidate paid $400 dollars to Municipal Police & Fire Registry for City of Norwalk Firefighter exam.

44. Municipal Police & Fire Registry made $44000 off the candidates' who took the Municipal Police & Fire Registry for City of Norwalk Firefighter exam.

35. Plus Municipal Police & Fire Registry also made $17,000 from City of Norwalk to give exam for firefighter.

45. David Wanger received his State of Connecticut Firefighter I Certification illegally

46. David Wanger is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of an Active member of a Fire Department in Connecticut.

47. Gary Pironto received his State of Connecticut Firefighter I Certification illegally

48. Gary Pironto is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of an Active member of a Fire Department in Connecticut.

49. Greg Saracino received his State of Connecticut Firefighter I Certification illegally.

50. Greg Saracino is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of an Active member of a Fire Department in Connecticut.

51. Jamie Defelice received his State of Connecticut Firefighter I Certification illegally

52. Jamie Defelice is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receive your State of Connecticut Firefighter I Certification you must be part of a Active member of a Fire Department in Connecticut

53. Michael Silva received his State of Connecticut Firefighter I Certification illegally

54. Michael Silva is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receive your State of Connecticut Firefighter I Certification you must be part of a Active member of a Fire Department in Connecticut

55. Michael Andreoli received his State of Connecticut Firefighter I Certification illegally

56. Michael Andreoli is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receive your State of Connecticut Firefighter I Certification you must be part of a Active member of a Fire Department in Connecticut

57. Leonard Coleman received his State of Connecticut Firefighter I Certification illegally

58. Leonard Coleman is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receive your State of Connecticut Firefighter I Certification you must be part of a Active member of a Fire Department in Connecticut

59. John Petrides received his State of Connecticut Firefighter I Certification illegally

60. John Petrides is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of an Active member of a Fire Department in Connecticut.

61. Kosmas Kalmandis received his State of Connecticut Firefighter I Certification illegally

62. Kosmas Kalmandis is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receive your State of Connecticut Firefighter I Certification you must be part of a Active member of a Fire Department in Connecticut

63. Craig Saris was ineligible to be hired by Norwalk Fire Department.

64. Craig Saris received his State of Connecticut Firefighter I Certification illegally

65. Craig Saris is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of an Active member of a Fire Department in Connecticut.

66. Craig Saris lied on his Municipal Police & Fire Registry Transcript. Craig Saris said he was member of the West Nyack Volunteer Fire Department for 1 year. Records from West Nyack Volunteer Fire Department show Craig Saris only there for 4 months and kick out for not show up for any West Nyack Volunteer Fire Department functions.

67. When Craig Saris was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair test.

68. Lou Dacunto was ineligible to be hired by Norwalk Fire Department

69. Lou Dacunto received his State of Connecticut Firefighter I Certification illegally.

70. Lou Dacunto is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of an Active member of a Fire Department in Connecticut.

71. When Lou Dacunto was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair test

72. Charles Papadopoulas was ineligible to be hired by Norwalk Fire Department

73. Charles Papadopoulas received his State of Connecticut Firefighter I Certification illegally

74. Charles Papadopoulas is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of an Active member of a Fire Department in Connecticut.

75. When Charles Papadopoulas was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair test

76. Robert Mossop was ineligible to be hired by Norwalk Fire Department

78. Robert Mossop received his State of Connecticut Firefighter I Certification illegally

79. Robert Mossop is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receives your State of Connecticut Firefighter I Certification you must be part of a Active member of a Fire Department in Connecticut.

80. When Robert Mossop was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair test

81. Brain Kilcoyne was ineligible to be hired by Norwalk Fire Department

82. Brain Kilcoyne received his State of Connecticut Firefighter I Certification illegally

83. Brain Kilcoyne is a member of Hope Hose Company which is not an Active Fire Department in Connecticut .To receive your State of Connecticut Firefighter I Certification you must be part of a Active member of a Fire Department in Connecticut

84. When Brain Kilcoyne was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair

85. Peter Brown was ineligible to be hired by Norwalk Fire Department.

86. Pete Brown received his Firefighter I illegally.

87. Pete Brown Certification Examination Application Form for Firefighter I completed and signed by Peter Brown states directly above his signature: ... I will be least 18 years of age on the date of examination. Pete Brown lists his

examination dates as May 10, 1997 (for the practical) and May 20, 1997 (for the written) On his Application for Membership for Belltown Fire Department Inc. Pete Brown list his date of birth as June 3, 1979. Mr. Brown was not 18 years of age at the time of his examinations, nor was he 18 year's of age during his three months of training as required by the state of CT and OSHA.

88. Pete Brown was not 18 years old when he took exam for City of Norwalk Fire Department. Therefore Pete Brown was ineligible to be hired by Norwalk Fire Department

89. When Pete Brown was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair test.

90. Pete Brown failed show up for the trial when Subpoena by John Bolton former lawyer. Pete Brown violated John Bolton Civil rights and his First Amendment right to have a trial test when he failed to show up for trial.

91. Iordanis Stefanidis was ineligible to be hired by Norwalk Fire Department

92. Iordanis Stefanidis received his Firefighter I illegally.

93. Iordanis Stefanidis Certification Examination Form for Firefighter I, Iordanis Stefanidis lists his Fire Service Affiliation as Westport Volunteer Fire Department. Richard S. Gough Fire Chief for the Westport Fire Department advises that there is no one by the name of Iordanis Stefanidis affiliated with the Westport Fire Department.

94. When Iordanis Stefanidis was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair test.

95. Jason Penna was ineligible to be hired by Norwalk Fire Department.

96. Jason Penna did not have his required Municipal Police & Fire Registry Transcript done before the closing date. Jason Penna was ineligible to be hired by Norwalk Fire Department.

97. Jason Penna didn't pass or finished his Physical Agility part of Municipal Police & Fire Registry Transcript, which is required to receive Firefighter job with Norwalk Fire Department.

98. Jason Penna lied on his Municipal Police & Fire Registry Transcript, Jason Penna has listed he was member of Westport Fire Department for 5 years. Records show Jason Penna only was a member of Westport Fire Department for 3 years.

99. Jason Penna failed his physical part Municipal Police & Fire Registry Transcript, which is required to receive Firefighter job with Norwalk Fire Department.

100. Jason Penna has been arrested many times after receiving a job with Norwalk Fire Department and was put on probation's by Norwalk Fire Department.

101. When Jason Penna was hired by City of Norwalk Fire Department it violated John Bolton Civil rights and his First Amendment right to have a fair test.

102. Jason Penna failed show up for the trial when Subpoena by John Bolton former lawyer. Jason Penna  violated John Bolton Civil rights and his First Amendment right to have a trial test when he failed to show up for trial.

103. Jim Jackson Certification Examination Form for Firefighter I, Jim Jackson lists his Fire Service Affiliation as Westport Volunteer Fire Department. Richard S. Gough Fire Chief for the Westport Fire Department advises that there is no one by the name of Jim Jackson affiliated with the Westport Fire Department.

104.Westport Fire Department failing stop Jim Jackson and Iordanis Stefanidis from receiving there Firefighter I Certification when they don't belong to Westport Fire Department causing State of Connecticut Firefighter I Certification program to be corrupt and cause a unfair disadvantage to State of Connecticut firefighters who had follow the rules.

105. Westport Fire Department failed to respond or to investigate John Bolton claim of Iordanis Stefanidis, Jim Jackson receiving there Firefighter I Certifications illegally. Westport Fire Department violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation

106. Westport Fire Chief Dennis McCarthy failed to respond or to investigate John Bolton claim of Iordanis Stefanidis, Jim Jackson receiving there Firefighter I Certifications illegally. Westport Fire Chief Dennis McCarthy violated John Bolton Civil Rights, First Amendments Rights by not investigate and giving him a fair investigation.

107. Stamford Superior Court violated John Bolton, Brad Carlson, James Demarest Civil rights and his First Amendment right to have a fair Trial. John Bolton, Brad Carlson, James Demarest court cases had 5 to 6 different Judges. The cases went from Judge to Judge.